Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PALANI KARUPAIYAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES (TCS), *et al.*,<br><br>Defendants. | Civil Action No. 22-1349 (ES) (JRA)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

Before the Court is *pro se* Plaintiff Palani Karupaiyan's[1] Amended Complaint (D.E. No. 21) against Defendants. Also before the Court is Plaintiff's Objections to the Report and Recommendation (D.E. No. 27 ("R&R")) issued by the Honorable José R. Almonte, U.S.M.J., in which Judge Almonte recommends that Plaintiff's "Motion for Writ of Mandamus, Prohibition, or Alternative" (D.E. No. 22) be denied. (D.E. No. 30 ("Objections")). Having considered the parties' submissions, the Court decides this matter without oral argument. *See* Fed. R. Civ. P. 78(b); L. Civ R. 78.1(b). For good cause shown and for the reasons set forth in this Court's accompanying Letter Memorandum,

**IT IS** on this 12th day of August 2025, hereby

---

[1] Although the Amended Complaint continues to list minor individuals "P.P." and "R.P." as named plaintiffs, the Court reiterates that a parent cannot represent the interests of his or her minor children *pro se*. (*See* D.E. No. 5 ¶ 1 n.1 (citing *Jackson v. Bolandi*, No. 18-17484, 2020 WL 255974, at *4 (D.N.J. Jan. 17, 2020) (noting that "a non-attorney parent may not represent his or her child *pro se* in federal court"))). Accordingly, the Court construes the allegations in the Amended Complaint as made on behalf of Plaintiff Palani Karupaiyan only.

1

**ORDERED** that Plaintiff's Amended Complaint (D.E. No. 21) is **DISMISSED** *with prejudice*; and it is further

**ORDERED** that Plaintiff's "Motion for Writ of Mandamus, Prohibition, or Alternative" (D.E. No. 22) is **DENIED** as moot; and it is further

**ORDERED** that, in the alternative, Plaintiff's Objections (D.E. No. 30) to Judge Almonte's R&R (D.E. No. 27) are **OVERRULED**; and it is further

**ORDERED** that, in the alternative, Judge Almonte's R&R (D.E. No. 27) is **ADOPTED** in full; and it is further

**ORDERED** that, in the alternative, Plaintiff's "Motion for Writ of Mandamus, Prohibition, or Alternative" (D.E. No. 22) is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall **TERMINATE** docket entry number 27; and it is further

**ORDERED** that the Clerk of Court shall mark this matter **CLOSED** and mail a copy of this Order and the Court's Letter Memorandum to Plaintiff by regular U.S. Mail.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**